UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,

    Plaintiff,

v.                                                          Case No. 6:24-cv-02333-PGB-LHP

MILAN'S F & κ INVESTMENTS LLC,
PARVA COLOMBIAN BAKERY
& RESTAURANT LLC.,

    Defendant.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Jesse I. Unruh, Esquire, of Spire Law, PLLC, hereby enters his appearance and designation as Lead Counsel for Defendants, MILAN'S F & κ INVESTMENTS LLC, and PARVA COLOMBIAN BAKER & RESTAURANT LLC.

Dated this 3rd day of February, 2025.

[REMINDER OF PAGE LEFT INTENTIONALLY BLANK]

>Respectfully submitted,
>
>Spire Law, PLLC
>2572 W. State Road 426, Suite 2088
>Oviedo, Florida 32765
>
>By:*/s/ Jesse Unruh*
>Jesse Unruh, Esquire
>Florida Bar # 93121
>(407) 494-0135
>jesse@spirelawfirm.com
>margarita@spirelawfirm.com
>filings@spirelawfirm.com
>*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2025., the foregoing was electronically filed with the Court by using the CM/ECF portal, which will send a notice of electronic filing to all counsel of record and *pro se* parties.

>*/s/ Jesse I. Unruh*
>Attorney