## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

TAVIA WAGNER,

    Plaintiff,

v.                                       Case No. 6:24-CV-02333-PGB-LHP

MILAN'S F & K INVESTMENTS LLC,
PARVA COLOMBIAN BAKERY
& RESTAURANT LLC.,

    Defendant.

_____/

## **NOTICE OF A RELATED ACTION**

In accordance with Local Rule 1.04(c), I certify that the instant action:

__    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**X**    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated this 3rd day of February, 2025.

[REMINDER OF PAGE LEFT INTENTIONALLY BLANK]

Respectfully submitted,

Spire Law, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By:/s/ Jesse Unruh
Jesse Unruh, Esquire
Florida Bar # 93121
(407) 494-0135
jesse@spirelawfirm.com
margarita@spirelawfirm.com
filings@spirelawfirm.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January 2025, the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to all counsel of record and *pro se* parties.

/s/ Jesse Unruh
Attorney