# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:24-CV-02333-PGB-LHP

Plaintiff: **TAVIA WAGNER**
vs.
Defendant: **MILAN'S F & K INVESTMENTS, LLC, and PARVA COLOMBIAN BAKERY & RESTAURANT, LLC, et al.**

For:
Anthony Litsch III
LITSCH LAW OFFICE
1368 Turnbull Bay Road
Suite 303
New Smyrna Beach, FL 32168

Received by Anthony Ko on the 14th day of January, 2025 at 11:28 pm to be served on **PARVA COLOMBIAN BAKERY & RESTAURANT LLC, c/o Fabian F. Diaz - RA, 220 W. LAKE MARY BLVD., SANFORD, FL 32773**.

I, Anthony Ko, do hereby affirm that on the **30th day of January, 2025** at **11:23 am**, I:

Served the within named business entity by delivering the **SUMMONS IN A CIVIL ACTION; SCHEDULING ORDER; COMPLAINT** to: **GENA TORREGLOSA** as MANAGER, an employee of the Registered Agent after confirming the Registered Agent was not present or any other individual designated to serve as the Registered Agent, pursuant to the requirements of Fla. Stat. 48.091 and 48.062, and informed said person of the contents therein, at **220 W. LAKE MARY BLVD., SANFORD, FL 32773.**

**Additional Information pertaining to this Service:**
1/30/2025 11:23 am Attempted service at c/o Fabian F. Diaz - RA 220 W. LAKE MARY BLVD., SANFORD, FL 32773, spoke wih Gena Torreglosa who advised the Registered Agent is not present.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____
**Anthony Ko**
CPS 18-0029

**Central FL Process LLC**
**P.O. Box 348**
**Christmas, FL 32709**
**(407) 853-0566**

Our Job Serial Number: CTR-2025000033

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a